UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DESTINY COUNTRYMAN,

       Plaintiff,                                Case No. 25-cv-10076
                                                       Hon. Matthew F. Leitman

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

       Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: March 26, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 26, 2025, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126